UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| STEVE W. LANDERS, *et al.*, | ) |
| Plaintiff, | ) Case No.  1:17-cv-00020-SNLJ |
| v. | ) In re: Dicamba Herbicides Litigation |
| | ) Case no. 1:18-md-02820-SNLJ |
| MONSANTO COMPANY, *et al.*, | ) |
| | ) MDL 2820 |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  [Doc. 13]. Plaintiffs voluntarily dismiss any and all remaining claims or causes of action asserted by Plaintiffs against Defendants, with each party to bear their own costs.  [*Id.*].  Defendants have consented to the dismissal with prejudice.  [*Id.*].  The parties' stipulation of dismissal is effective upon filing and does not require judicial approval.  *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, all claims in this case having been dismissed with prejudice, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 18th day of August, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE